On joint motion to vacate judgment, approve
settlement and dismiss appeal filed July 23,
former opinion withdrawn August 18, 1980

In the Matter of the Compensation of
MORGAN,
*Respondent,*
*v.*
STIMSON LUMBER COMPANY,
*Petitioner.*
(WCB 77-2922, CA 11451)
618 P2d 970

On joint motion to vacate judgment, approve settlement and dismiss appeal filed July 23, 1980.

R. Kenney Roberts, Portland, appeared for petitioner.

David W. Hittle, Salem, appeared for respondent.

Before Buttler, Presiding Judge, and Gillette and Roberts, Judge.

ROBERTS, J.

**ROBERTS, J.**

We were belatedly advised by counsel that prior to the issuance of our opinion on remand from the Supreme Court, this case was settled. The parties have stipulated that the opinion may be withdrawn, and we do so.

Former opinion withdrawn.